UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND HINDS,

                Plaintiff,

v.

COUNTY OF WESTCHESTER, *et al.*,

                Defendants.

Case No. 11-CV-7265 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

As discussed at the Oral Argument on November 12, 2019, Bonita E. Zelman, Esq. ("Zelman"), is ordered to submit a supplemental affidavit demonstrating the amount of disbursements that apply specifically to the case of Plaintiff Desmond Hinds by December 3, 2019. If necessary, Zelman should also submit a revised calculation of the net total recovery and the net attorneys' fees amount.

Furthermore, for the reasons discussed on the record at the Oral Argument, the Court finds that Paula Johnson Kelly, Esq. ("Johnson Kelly"), is entitled to 40% of the appropriate attorneys' fees recovery, and Zelman is entitled to 60%. The Court declines to award Johnson Kelly relief under her contract, quantum meruit, or accounts stated claims.

The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 481).

SO ORDERED.

DATED:     November 12, 2019
               White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE